■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN JONES, Appellant. [677 NYS2d 463] —Judgment, Supreme Court, New York County (James Leff, J.), rendered October 13, 1995, convicting defendant, after a jury trial, of two counts of robbery in the first degree, two counts of robbery in the second degree and one count of burglary in the first degree, and sentencing him to three concurrent terms of 7 to 21 years concurrent with two concurrent terms of 5 to 15 years, unanimously affirmed.

The court properly exercised its discretion in discharging a sworn juror who was unavailable or unable to continue to serve due to illness (*see, People v Page*, 72 NY2d 69), since it could not be definitively determined when the juror would be available (*see, People v Graves*, 243 AD2d 275, *lv denied* 91 NY2d 834; *People v Velazquez*, 211 AD2d 471, *lv denied* 85 NY2d 915) and since witnesses and other jurors would be inconvenienced by the delay at the late stage of these proceedings. Concur—Tom, J. P., Mazzarelli, Andrias and Saxe, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL MORALES, Appellant. [677 NYS2d 467] —Judgment, Supreme Court, New York County (James Yates, J.), rendered April 10, 1996, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 4½ to 9 years, unanimously affirmed.

Defendant's claims concerning the People's summation remarks are not preserved for review and we decline to review them in the interest of justice. Were we to review them, we would find the challenged remarks were responsive to the People's summation and could not have deprived defendant of a fair trial. Concur—Tom, J. P., Mazzarelli, Andrias and Saxe, JJ.